NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VEVEO, INC.,**
*Appellant*

v.

**COMCAST CABLE COMMUNICATIONS, LLC,**
*Appellee*

---

2018-2422

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00715.

---

## JUDGMENT

---

KRISTINA CAGGIANO KELLY, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by JASON DANIEL EISENBERG, MICHAEL E. JOFFRE, BYRON LEROY PICKARD, JON WRIGHT.

FREDERIC MEEKER, Banner & Witcoff, Ltd., Washington, DC, argued for appellee. Also represented by JOHN R. HUTCHINS, BLAIR A. SILVER, BRADLEY CHARLES WRIGHT; GINGER ANDERS, Munger, Tolles & Olson LLP, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| September 11, 2019 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |